IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DENISE NAILS,
    Plaintiff,

vs.                                      3:09cv394/MCR/MD

PENSACOLA COVENANT HOSPICE, et al.,
    Defendants.

---

## O R D E R

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

    Plaintiff did not file her complaint on the required Northern District form. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a *pro se* complaint filed under section 1983 unless the appropriate complaint form has been properly completed, signed and filed by the litigant. Thus, plaintiff will be required to file an amended complaint.

    In amending, plaintiff must completely fill out a civil rights complaint form, marking it "**Amended Complaint**." Plaintiff must limit her allegations to claims related to the same basic incident or issue and name as defendants only those persons who are responsible for the alleged wrongdoing. Plaintiff must place their names in the style of the case on the first page of the civil rights complaint form, and include their addresses and employment positions in the "Parties" section of the form. In the statement of facts, plaintiff should clearly describe how each named defendant is involved in each alleged violation, alleging the claims as to each defendant in separately numbered paragraphs and including specific dates and times of the alleged unconstitutional acts. If plaintiff cannot state exactly how a particular defendant harmed her, she should delete or drop that person as a defendant from the complaint. In the section entitled "Statement of Claim," plaintiff must state what

rights or statutes she contends have been violated, and she must provide support in the statement of facts for the claimed violations. Plaintiff is advised that the amended complaint must contain all of her allegations, because once an amended complaint is filed, all earlier complaints are disregarded. N.D. Fla. Loc. R. 15.1.

Additionally, plaintiff did not file her motion to proceed *in forma pauperis* on the required Northern District form. The court will not process plaintiff's complaint until the appropriate forms are submitted.

Accordingly, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED without prejudice.

2. The clerk of court shall forward to the plaintiff a civil rights complaint form for use by non-prisoners, and an application to proceed *in forma pauperis* for non-prisoners. This case number should be written on the forms.

3. Within **thirty (30) days** of the date of this order, plaintiff shall file an amended complaint which shall be typed or clearly written, and submitted on the court form.

4. Within **the same time period**, plaintiff shall either submit payment in the amount of $350.00, or file a complete application to proceed *in forma pauperis*.

5. Plaintiff's failure to comply with this order as instructed will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 14th day of September, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:09cv394/MCR/MD*