IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DENISE NAILS,
    Plaintiff,

vs.                                        Case No: 3:09cv394/MCR/MD

PENSACOLA COVENANT HOSPICE, et al.,
    Defendants.

_____

ORDER and
AMENDED REPORT AND RECOMMENDATION

       On September 30, 2009, the undersigned issued an Order and Report and Recommendation granting plaintiff's motion to proceed *in forma pauperis* and recommending that her amended complaint be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. (Doc. 10). This Amended Report and Recommendation is submitted following plaintiff's filing of a Motion to Dismiss (Doc. 13).

       Rule 41 of the Federal Rules of Civil Procedure provides that the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FED. R. CIV. P. 41(a)(1)(A). The dismissal is without prejudice, unless the notice states otherwise. FED. R. CIV. P. 41(a)(1)(B). Plaintiff's Motion to Dismiss states that plaintiff is dismissing this case with prejudice. (Doc. 13). Defendants have not been served; therefore, no answer or motion for summary judgment has been filed. Pursuant to FED. R. CIV. P. 41(a)(1), this case should be dismissed with prejudice.

Accordingly, it is ORDERED:

1. The original Report and Recommendation issued on September 30, 2009 (doc. 10) is VACATED, and this Amended Report and Recommendation replaces the former in full.

2. The Order (doc. 10) granting plaintiff's motion to proceed *in forma pauperis* (doc. 9) REMAINS IN FULL FORCE AND EFFECT.

And it is respectfully RECOMMENDED:

1. That plaintiff's Motion to Dismiss (doc. 13) be GRANTED.

2. That this case be DISMISSED WITH PREJUDICE, and the clerk be directed to close the file.

At Pensacola, Florida, this 27th day of October, 2009.

/s/ *Miles Davis*
  MILES DAVIS
  UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**